**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02906-WYD-BNB

MICHAEL WARD,

      Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC., a Texas corporation,

      Defendant.

---

NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through his counsel of record and for his Notice of Settlement, hereby states:

1.    The Plaintiff and the Defendant have reached a settlement.

2.    The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by January 4, 2013.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
88 Inverness Circle East, Suite I-101
Englewood, CO 80112
Telephone: (303) 799-6895
Attorney for the Plaintiff