IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02906-WYD-BNB

MICHAEL WARD,

    Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC., a Texas corporation,

    Defendant.

## ORDER

    This matter comes before me on the Plaintiff's Notice of Settlement [DE-7]. Having reviewed the notice, it is hereby

    ORDERED THAT the parties shall file a Notice of Dismissal with Prejudice on or before **January 7, 2013**.  All pending motions are DENIED AS MOOT and this case is CLOSED.

    Dated:  December 13, 2012.

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             WILEY Y. DANIEL,
                                             CHIEF UNITED STATES DISTRICT JUDGE