IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02906-WYD-BNB

MICHAEL WARD,

    Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC., a Texas Corporation,

    Defendant.

## ORDER

THIS MATTER comes before the Court on plaintiff, Michael Ward's, Notice Of Dismissal With Prejudice [ECF No. 9], filed on January 11, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs.

Dated: January 15, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior U.S. District Judge